IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NINO BOSCO, BY AND THROUGH SUCESSOR IN INTEREST, FRAUKA KOZAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>Defendants. | Case No. 20-cv-04859-CRB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** |

Defendants County of Sonoma (the County), Mark Essick, and Mazen Awad move to dismiss Plaintiff Estate of Nino Bosco (Bosco)'s Fourteenth Amendment claims under 42 U.S.C. § 1983. The County also moves to dismiss Bosco's claim under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132. MTD (dkt. 16) at 1.

The Court grants the Motion to Dismiss with respect to Bosco's claims against Essick and Awad in their official capacities. See Ctr. For Bio-Ethical Reform, Inc. v. L.A. Cnty. Sheriff Dep't, 533 F.3d 780, 799 (9th Cir. 2008).

The Court denies the Motion to Dismiss with respect to all other claims.

**IT IS SO ORDERED.**

Dated: October 21, 2020

CHARLES R. BREYER
United States District Judge