UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NINO BOSCO, BY AND THROUGH SUCESSOR IN INTEREST, FRAUKA KOZAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　　Defendants. | Case No. 3:20-cv-04859-CRB (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. No. 41 |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is scheduled for **March 18, 2022 at 9:30 a.m.** via Zoom video conference. Counsel are responsible for making sure that their participants are able to take part in a Zoom video conference.  Counsel should ensure that their participants have downloaded the Zoom application onto a laptop or desktop with a working camera and microphone, and <u>counsel shall do a test run with all of their participants prior to the settlement conference to eliminate all equipment-based problems</u>.  Audio-only participation is prohibited.  In order to facilitate entry from the Zoom "waiting room" feature, counsel shall ensure that their participants use their actual names on the Zoom platform. All participants must also have access to email and a telephone throughout the settlement conference.

　　If all parties, counsel, and other mandatory attendees are **not** available on the above date, counsel shall notify the court by sending an email to dmrcrd@cand.uscourts.gov **within 3 business days.**  The parties should be mindful of any time limits set by the judge to whom the

case is assigned.  **If written notice is not provided within 3 business days, the further settlement conference date as stated above shall remain in effect.**

Parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order dated February 1, 2021.  [*See* Docket No. 30.]

**IT IS SO ORDERED.**

Dated: September 27, 2021

_____
DONNA M. RYU
United States Magistrate Judge

2