| | |
|---|---|
| Izaak D. Schwaiger, SBN 267888<br>**SCHWAIGER LAW FIRM**<br>130 Petaluma Avenue, Suite 1A<br>Sebastopol, CA  95472<br>Tel: (707) 595-4414<br>Fax: (707) 581-1983<br>izaak@izaakschwaiger.com | Jerome M. Varanini, SBN 58531<br>**LAW OFFICE OF JEROME M. VARANINI**<br>641 Fulton Blvd., Suite 200<br>Sacramento, CA 95825<br>Tel: (916) 761-4794<br>Fax : (916) 993-6750<br>jvaranini@tsvlaw.com |
| John Houston Scott, SBN 72578<br>**SCOTT LAW FIRM**<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9601<br>Fax: (415) 561-9609<br>john@scottlawfirm.net | Attorneys for Defendants California Forensic Medical Group, Inc. ("CFMG") Stefanie Nevin, and Celeste Garcia |

Attorneys for Plaintiffs ESTATE OF NINO BOSCO, by and through sucessor in interest, FRAUKA KOZAR, and FRAUKA KOZAR individually.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF NINO BOSCO, by and through sucessor in interest, FRAUKA KOZAR, and FRAUKA KOZAR individually,<br><br>    Plaintiffs,<br>v.<br><br>COUNTY OF SONOMA, MARK ESSICK, MAZEN AWAD, COURTNEY RUOALDES, RICARDO OSEGUERA, CALIFORNIA FORENSIC MEDICAL GROUP (CFMG), STEFANIE NEVIN, CELESTE GARCIA, and DOES 1-50, inclusive.<br><br>    Defendants. | Case No:  3:20-cv-04859-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement

and Mutual Release executed by and between the parties identified herein, the undersigned, counsel

of record for ESTATE OF NINO BOSCO, et al. and defendants, CALIFORNIA FORENSIC

MEDICAL GROUP (CFMG), STEFANIE NEVIN, and CELESTE GARCIA, respectively, do hereby agree and stipulate that the above-referenced case be dismissed, in its entirety and with prejudice, as to all defendants. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 20, 2024        LAW OFFICES OF IZAAK D. SCHWAIGER

By: */s/ Izaak D. Schwaiger*
   Izaak D. Schwaiger
   Attorneys for Plaintiffs
   Estate of Nino Bosco, et al.

Dated: February 20, 2024        SCOTT LAW FIRM

By: */s/ John H. Scott*
   John H. Scott
   Attorneys for Plaintiffs
   Estate of Nino Bosco, et al.

Dated: February 20, 2024        LAW OFFICES OF JEROME M. VARANINI

By: /s/Jerome M. Varanini
   Jerome M. Varanini
   Attorney for Defendant
   California Forensic Medical Group, Inc.,
   Stefanie Nevin and Celeste Garcia

## ELECTRONIC CASE FILING ATTESTATION

I, Izaak D. Schwaiger, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: February 20, 2024        By:    */s/ Izaak D. Schwaiger*
                                     Izaak D. Schwaiger

# [~~PROPOSED~~] ORDER

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED

DATED: __February 23, 2024__         _____

UNITED STATES DISTRICT COURT JUDGE